IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 06-00001 HG |
| | ) | |
| Plaintiff, | ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. | ) | ADJUDICATION OF GUILT AND NOTICE |
| | ) | OF SENTENCING |
| SALVADOR RODRIGUEZ, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

      Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty to Counts 1 and 2 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense(s).  All parties shall appear before this Court for sentencing as directed.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, May 18, 2006.



      **/s/ Helen Gillmor**
      Chief United States District Judge

GUILTY.ACP